```
HALASZ REPORTING                    Make check payable to:
Court Reporters                          HALASZ REPORTING
P.O. Box 1644                       FED. IN:  54-1370651
Richmond, VA  23218-1644
(804) 708-0025                      INVOICE NO:  10GA9404
```

September 28, 2010

For Professional Services Rendered:
Scott W. Kezman
Kaufman & Canoles
Suite 2100, 150 West Main Street
Norfolk, VA  23510-1609

RE:  PAMELA POLLARD, STACY BLECHINGER & ARTHUR SIGMUND v
GPM INVESTMENTS LLC

DATE:  September 24, 2010

Depositions of P. Pollard & S. Blechinger    $ 1803.80
Original copy of transcripts
Deposition of A. Ritchie
One copy of transcript
Minuscripts in lieu of full copies
3/4 Total Appearance Fee
E-Transcript via email
3-Day Expedited Delivery
Original exhibits:

                              TOTAL   $ 1803.80

THANKS FOR GOING GREEN WITH US!!

PLEASE INCLUDE A COPY OF THIS BILL WITH PAYMENT
        PAYMENT DUE WITHIN 30 DAYS
   INTEREST TO ACCRUE AT 12% PER ANUM THEREAFTER

BILL TO:  S.W. KEZMAN

REPORTER:  GWENDA APPLEGATE                    RECEIVED

                 THANK YOU                     OCT - 4 2010

October 06, 2010  Check Number 317278  Check Amount **1,803.80**
Halasz Reporting, Court Reporters, P.O. Box 1644, Richmond, VA 23218-1644

| Voucher Date | Voucher# | Voucher Description |
|---|---|---|
| 10/06/2010 | 10GA9404 | #140475 - GPM Investments ads, Pollard, et al.<br>SWK/mdh<br>Payment of Inv# 10GA9404 - Depositions of P. Pollard & S. Blechinger<br>GL 10402 |

```
HALASZ REPORTING              Make check payable to:
Court Reporters               Halasz Reporting
P. O. Box 1644                FED. ID: 54-1370651
Richmond, Virginia 23218-1644
(804) 708-0025                INV NO: 10-ekw-1173
```

For Professional Services Rendered:
Scott W. Kezman, Esquire
Kaufman & Canoles
150 West Main Street, Suite 2100
Norfolk, VA 23510

Re: Arthur Sigmund vs. GPM Investments

Date of Proceeding:   September 14th, 2010

Attendance, original and one copy of the deposition
transcript of Arthur Sigmund taken in the above-styled
matter.
Attendance:  $180.00
Original transcript:  $420.00
Postage:  $9.00

                    TOTAL ..... $609.00

       PLEASE INCLUDE A COPY OF THIS BILL WITH PAYMENT
              PAYMENT DUE WITHIN 30 DAYS
        INTEREST TO ACCRUE AT 12% PER ANNUM THEREAFTER
                INVOICE DATE:  9-26-10

REPORTER:  Keith Williamson, RPR

RECEIVED
SEP 29 2010

| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 01/26/2011 | 75320460 | 1000007839094 | 627.45 | 321665 |

File  Edit  View  Settings  Tools  Help

1 of 1

KAUFMAN & CANOLES
attorneys at law

SUNTRUST BANK
Hampton Roads, Virginia
68-2/510

CHECK NO. 321665

**Six Hundred Twenty Seven & 45/100**

DATE: January 14, 2011

AMOUNT: **627.45**

PAY TO THE ORDER OF  Halasz Reporting
Court Reporters
P.O. Box 1644
Richmond, VA 23218-1644

KAUFMAN CANOLES
OPERATING EXPENSE ACCOUNT

BY

10 claw 1173    ⑆321665⑆  ⑈051000020⑈  1000007839094⑈

Image Viewer  Page 1 of 1

| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 01/26/2011 | 75320460 | 1000007839094 | 627.45 | 321665 |



https://otm.suntrust.com/stbcorp/bank/common/image/user/retrieveImage?seqNum=75320...  3/15/2011